# United States District Court

District of Utah, Central Division

Karen Perry,

        Plaintiff,               **JUDGMENT IN A CIVIL CASE**

      v.

Kilolo Kijakazi,                          Case Number: 2:23-cv-200-HCN DBP
Commissioner of Social Security,

        Defendant.

IT IS ORDERED AND ADJUDGED

that the decision of the Commissioner is remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for a new decision. This case is closed.

Dated: September 18, 2023.                  By the Court:

                                                             Dustin B. Pead
                                                             United States Magistrate Judge